IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES R. CAMBRON & | ) | BANKRUPTCY CASE NO.: |
| WENDY L. CAMBRON, | ) | 05-11879 |
| | ) | |
| Debtors. | ) | CHAPTER 7 CASE |

*************************************************************************

| | | |
|---|---|---|
| WILLIAM C. CARN, III., | ) | ALMD CASE NO.: 1:07-CV-369 |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | ALMB A.P. NO.: 06-1057 |
| Plaintiff, | ) | |
| | ) | |
| WENDY CAMBRON, | ) | ALMD CASE NO.: 1:07-CV-370 |
| | ) | |
| Plaintiff, | ) | ALMB A.P. NO.: 06-1058 |
| | ) | |
| vs. | ) | |
| | ) | |
| MEDICAL DATA SYSTEMS, INC., | ) | |
| d/b/a MEDICAL REVENUE SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW, the undersigned, on behalf of the above-mentioned Plaintiffs, and files this Notice Of Appearance and requests that copies of all notices, motions, and all other pleadings filed in this case and served by the Clerk of Court be forwarded to the undersigned at the address below.

Respectfully submitted,

BROCK & STOUT

*/s/ Walter A. Blakeney*
David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Russel A. McGill, Esq., Attorney for Defendant, via electronic mail at rumcgi@sbswlegal.com, this **30**th day of May, 2007.

*/s/ Walter A. Blakeney*
Walter A. Blakeney, Esq.