IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES R. CAMBRON    & | ) | BANKRUPTCY CASE NO.: |
| WENDY L. CAMBRON, | ) | 05-11879 |
| | ) | |
| Debtors. | ) | CHAPTER 7 CASE |

*************************************************************************

| | | |
|---|---|---|
| WILLIAM C. CARN, III., | ) | ALMD CASE NO.: 1:07-CV-369 |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | ALMB A.P. NO.: 06-1057 |
| Plaintiff, | ) | |
| | ) | |
| WENDY CAMBRON, | ) | ALMD CASE NO.: 1:07-CV-370 |
| | ) | |
| Plaintiff, | ) | ALMB A.P. NO.: 06-1058 |
| | ) | |
| vs. | ) | |
| | ) | |
| MEDICAL DATA SYSTEMS, INC., | ) | |
| d/b/a MEDICAL REVENUE SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO RESPOND TO
DEFENDANT'S LAST RESPONSE**

Come now the Plaintiffs, William C. Carn, III, on behalf of the Debtor, James R. Cambron, and Wendy L. Cambron, and move this Honorable Court leave to respond to the brief filed by the Defendant, Medical Data Systems, Inc., d/b/a Medical Revenue Services, Inc., on May 29, 2007 titled *Response in Opposition to Plaintiff's Response to Defendants Objections to Report and Recommendations*.  Plaintiffs ask that they be given until June 15, 2006, to reply to Defendant's latest response on the grounds that the Plaintiffs should be afforded the time necessary to fully respond to the assertions presented in Defendant's brief.

Respectfully submitted,

BROCK & STOUT

*/s/ Walter A. Blakeney*
David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Russel McGill, Esq., Attorney for Defendant, rumcgi@sbswlegal.com, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed *or* by electronic mail this the **30th** day of May, 2007:

*/s/ Walter A. Blakeney*
Walter A. Blakeney