IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES R. CAMBRON  & ) | BANKRUPTCY CASE NO.: |
| WENDY L. CAMBRON, ) | 05-11879 |
| ) | |
| Debtors. ) | CHAPTER 7 CASE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| WILLIAM C. CARN, III., ) | ALMD CASE NO.: 1:07-CV-369 |
| CHAPTER 7 TRUSTEE, ) | |
| ) | ALMB A.P. NO.: 06-1057 |
| Plaintiff, ) | |
| ) | |
| WENDY CAMBRON, ) | ALMD CASE NO.: 1:07-CV-370 |
| ) | |
| Plaintiff, ) | ALMB A.P. NO.: 06-1058 |
| ) | |
| vs. ) | |
| ) | |
| MEDICAL DATA SYSTEMS, INC., ) | |
| d/b/a MEDICAL REVENUE SERVICES, INC.,) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO RESPOND TO
DEFENDANT'S LAST RESPONSE**

Come now the Plaintiffs, William C. Carn, III, on behalf of the Debtor, James R. Cambron, and Wendy L. Cambron, and move this Honorable Court leave to respond to the brief filed by the Defendant, Medical Data Systems, Inc., d/b/a Medical Revenue Services, Inc., on May 29, 2007 titled *Response in Opposition to Plaintiff's Response to Defendants Objections to Report and Recommendations*. Plaintiffs ask that they be given until June 15, 2006, to reply to Defendant's latest response on the grounds that the Plaintiffs should be afforded the time necessary to fully respond to the assertions presented in Defendant's brief.

**MOTION GRANTED TO AND INCLUDING** June 15, 2007
**THIS** 30th **DAY OF** May, 2007

_____
UNITED STATES DISTRICT JUDGE

Page 1 of 2