IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM C. CARN, III., TRUSTEE | ) | CASE NO.: 1:07-CV-369 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| MEDICAL DATA SYSTEMS, INC., D/B/A | ) | |
| MEDICAL REVENUE SERVICES, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

### CONFLICT DISCLOSURE STATEMENT

The following Conflict Disclosure Statement is filed pursuant to Fed. R. Civ. P. 7.1; Fed. R. Bankr. P. 1007(a)(1) and 7007.1.

William C. Carn, III., a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The Plaintiff makes the following disclosures:

    **A.**    **Corporate Disclosure Statement**

        None, the Plaintiff is an individual.

    **B.**    **Other Reportable Relationships**

        Plaintiff, William C. Carn, III., is a member and officer in the law firm of Lee & McInish. Carn is also the Chapter 7 Trustee in the James Cambron and Wendy Cambron Chapter 7 bankruptcy case that is currently pending the Middle District of Alabama bearing case number 05-11879.

Respectfully submitted this **19**<sup>th</sup> day of June, 2007.

        BROCK & STOUT

        */s/ David G. Poston*
        David G. Poston, Esq.
        Walter A. Blakeney, Esq.
        Michael D. Brock, Esq.
        Gary W. Stout, Esq.
        Post Office Drawer 311167
        Enterprise, Alabama 36330
        334-671-5555
        334-671-2689 Facsimile
        Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned hereby certify that I have this date served a copy of the foregoing upon Russel A. McGill, Esq., Attorney for Defendant, via electronic mail at rumcgi@sbswlegal.com this **19**<sup>th</sup> day of June, 2007.

        */s/ David G. Poston*
        David G. Poston