IN THE UNITED STATES DISTRICT COURT
FOR THE ALABAMA MIDDLE DISTRICT

| | |
|---|---|
| IN RE: )<br>)<br>WILLIAM C. CARN, III )<br>CHAPTER 7 TRUSTEE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEDICAL DATA SYSTEMS, INC. )<br>)<br>Defendant, )<br>) | CASE NO.<br>1:07-cv-00369-WHA<br><br>USBC-MDAL CASE NO.<br>06-01057-WRS |

### DEFENDANT'S CONFLICT DISCLOSURE STATEMENT

COMES NOW Medical Data Systems, Inc., the Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

\_\_\_\_\_ This party is an individual, or

\_\_\_\_\_ This party is a governmental entity, or

\_\_\_\_\_ There are no entities to be reported, or

\_\_X\_\_ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Medical Revenue Services<br>P.O. Box 1149<br>Sebring, Florida 33871 | Subsidiary debt collection agency |

LEGAL_US_E # 75497655.1

Respectfully submitted this 19th day of June, 2007

_____
John G. Parker
(Georgia Bar No. 562425)
Stefanie H. Jackman
(Georgia Bar No. 335652)

*Co-Counsel for Defendant
Medical Data Systems, Inc.*

PAUL, HASTINGS, JANOFSKY &
WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia 30308-2222
Tel. (404) 815-2400
Fax (404) 815-2424

_____
Russel A. McGill (MCG009)
BRUNSON & ASSOCIATES, Attorneys P.A.
301 Broad Street
P.O. Box 1189
Gadsden, AL 35902-1189

*Counsel for Defendant
Medical Data Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE ALABAMA MIDDLE DISTRICT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAM C. CARN, III ) | CASE NO. |
| CHAPTER 7 TRUSTEE, ) | 1:07-cv-00369-WHA |
| ) | |
| Plaintiff, ) | USBC-MDAL CASE NO. |
| ) | 06-01057-WRS |
| v. ) | |
| ) | |
| MEDICAL DATA SYSTEMS, INC. ) | |
| ) | |
| Defendant, ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of **DEFENDANT'S CONFLICT DISCLOSURE STATEMENT** electronically and by depositing the same in the United States mail in a postage prepaid envelope addressed to:

> David G. Poston, Esq.
> Michael Brock, Esq. and
> Gary Stout, Esq.
> Post Office Drawer 311167
> Enterprise, Alabama 36330

This 19th day of June, 2007.

_____
Russel A. McGill (MCG009)
BRUNSON & ASSOCIATES, Attorneys P.A.
301 Broad Street
P.O. Box 1189
Gadsden, AL 35902-1189

*Counsel for Defendant*
*Medical Data Systems, Inc.*

- 3 -

LEGAL_US_E # 75497655.1