IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAM C. CARN, III., ) | |
| CHAPTER 7 TRUSTEE, ) | CASE NO.: |
| ) | 1:07-CV-369-WHA |
| Plaintiff, ) | 1:07-CV-370-WHA |
| ) | |
| vs. ) | |
| ) | |
| MEDICAL DATA SYSTEMS, INC., ) | |
| d/b/a MEDICAL REVENUE SERVICES, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR LEAVE TO RESPOND**

COMES NOW, the Plaintiff, William C. Carn, III., by and through the undersigned attorney, and objects to the Defendant's Motion For Leave To Respond To Plaintiff's Second Response Of William C. Carn, III. As grounds for his objection, the Plaintiff states as follows:

1. On April 5, 2007, the United States Bankruptcy Court for the Middle District of Alabama issued a Report and Recommendation on the above-captioned case.

2. On April 5, 2007, the United States Bankruptcy Court also issued an Order setting a timetable for filing objections to its Report and Recommendation.

3. On April 20, 2007, in accordance with the Bankruptcy Court's Order and with Federal Rule of Bankruptcy Procedure 9033, the Defendant filed an objection to the Report and Recommendation of the Bankruptcy Court.

4. On April 30, 2007, the Plaintiff responded to Defendant's objections, as allowed under Federal Rule of Bankruptcy Procedure 9033.

5. On May 29, 2007, the Defendant filed a reply to the Plaintiff's response. The Defendant exceeded the scope of Federal Rule of Bankruptcy Procedure 9033.

6. Defendant is now requesting that this Honorable Court allow it to file a third brief.

7. This process could continue ad infinitum.

8. Since Federal Rule of Bankruptcy Procedure 9033 allows for the responding party to have the final reply, the Plaintiff should be entitled to the final response. The Plaintiff submitted his final response on June 15, 2007.

9. The Defendant's request to file a third brief far exceeds the boundaries of Federal Rule of Bankruptcy Procedure 9033.

WHEREFORE, the Plaintiff objects to the Defendant's Motion For Leave To Respond, and requests this Honorable Court disallow all further responses.

Respectfully submitted,

BROCK & STOUT

_____
David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
Tel: (334) 671-5555
Fax: (334) 671-2689
Email: christal@circlecitylaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Russell A. McGill, Esq., Attorney for Defendant, via electronic mail at rumcgi@sbswlegal.com, this ___ day of June, 2007.

_____
Walter A. Blakeney, Esq.