IN THE UNITED STATES DISTRICT COURT
FOR THE ALABAMA MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM C. CARN, III | ) | CASE NO. |
| CHAPTER 7 TRUSTEE, | ) | 1:07-cv-00369-WHA |
| | ) | 1:07-cv-00370-WHA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USBC-MDAL CASE NO. |
| | ) | 06-01057-WRS |
| MEDICAL DATA SYSTEMS, INC. | ) | |
| | ) | |
| Defendant, | ) | |

## DEFENDANT'S CONSENT MOTION TO FILE DOCUMENTS OUT OF TIME

Defendant Medical Data Systems, Inc. ("MDS") respectfully moves this Court to deem all documents previously filed by MDS in case no. 1:07-cv-00369-WHA to also be filed in case no. 1:07-cv-00370-WHA as if, at the original time of filing, such documents were properly filed in both actions.

At the time when these cases were transferred from the Bankruptcy Court to this Court, MDS mistakenly understood these cases to have been consolidated. Pursuant to that understanding, MDS proceeded to file all subsequent documents only under case no. 1:07-cv-00369-WHA. MDS filed all relevant documents under case no. 1:07-cv-00369-WHA within any and all applicable time limitations.

MDS contacted Plaintiff's counsel regarding this Motion. Plaintiff's counsel stated they have no objection to this Court granting Defendant's Motion. A Proposed Order granting Defendant's Motion is attached as Exhibit A.

LEGAL_US_E # 75587581.1

Respectfully submitted this 26th day of June, 2006.

John G. Parker
(Georgia Bar No. 562425)
Stefanie H. Jackman
(Georgia Bar No. 335652)

*Co-Counsel for Defendant*
*Medical Data Systems, Inc.*

PAUL, HASTINGS, JANOFSKY &
WALKER LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia 30308-2222
Tel. (404) 815-2400
Fax (404) 815-2424

Russel A. McGill (MCG009)
BRUNSON & ASSOCIATES, Attorneys P.A.
301 Broad Street
P.O. Box 1189
Gadsden, AL 35902-1189

*Counsel for Defendant*
*Medical Data Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE ALABAMA MIDDLE DISTRICT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAM C. CARN, III ) | CASE NO. |
| CHAPTER 7 TRUSTEE, ) | 1:07-cv-00369-WHA |
| ) | 1:07-cv-00370-WHA |
| Plaintiff, ) | |
| ) | |
| v. ) | USBC-MDAL CASE NO. |
| ) | 06-01057-WRS |
| MEDICAL DATA SYSTEMS, INC. ) | |
| ) | |
| Defendant, ) | |
| ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day electronically served a copy of **DEFENDANT'S CONSENT MOTION TO FILE DOCUMENTS OUT OF TIME** to all counsel of record in this case.

This 26th day of June, 2007.

_____
Russell A. McGill (MCG009)
BRUNSON & ASSOCIATES, Attorneys P.A.
301 Broad Street
P.O. Box 1189
Gadsden, AL 35902-1189

*Counsel for Defendant*
*Medical Data Systems, Inc.*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE ALABAMA MIDDLE DISTRICT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAM C. CARN, III ) | CASE NO. |
| CHAPTER 7 TRUSTEE, ) | 1:07-cv-00369-WHA |
| ) | 1:07-cv-00370-WHA |
| Plaintiff, ) | |
| ) | |
| v. ) | USBC-MDAL CASE NO. |
| ) | 06-01057-WRS |
| MEDICAL DATA SYSTEMS, INC. ) | |
| ) | |
| Defendant, ) | |
| ) | |

(PROPOSED)
**ORDER**

After having considered all matters of record in this case, IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Consent Motion To File Documents Out Of Time is GRANTED.

So ordered this _____ day of _____, 2007.

_____
Judge, United States District Court
Alabama Middle District

**Submitted by Stefanie Jackman, Esq.**

LEGAL_US_E # 75587581.1