IN THE UNITED STATES DISTRICT COURT
FOR THE ALABAMA MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM C. CARN, III | ) | CASE NO. |
| CHAPTER 7 TRUSTEE, | ) | 1:07-cv-00369-WHA |
| | ) | |
| Plaintiff, | ) | USBC-MDAL CASE NO. |
| | ) | 06-01057-WRS |
| v. | ) | |
| | ) | |
| MEDICAL DATA SYSTEMS, INC. | ) | |
| | ) | |
| Defendant, | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the Defendant Medical Data Systems, Inc., and pursuant to Uniform Local Rule 83.1 (b) of the United States District Court for the Middle District of Alabama, moves this Court to admit John G. Parker to practice before this Court in the above-referenced cause. In support of this motion, Medical Data Systems, Inc. would respectfully show unto the court as follows:

1.  That John G. Parker is an attorney in good standing as a member of the Bar of the State of Georgia. Attached is a Certificate of Good Standing from United States District Court, Northern District of Georgia, Atlanta Division showing that John G. Parker is duly authorized to practice and is in good standing with that Court.

2.  That John G. Parker has associated the law firm of Brunson & Associates, Attorneys P.A., and specifically Russel A. McGill, who is admitted generally to practice before this Court.

- 2 -

3.  That John G. Parker has read and is familiar with the provisions of the Uniform Local Rules in effect for the United States District Court for the Middle District of Alabama.

4.  That John G. Parker has consented to the jurisdiction of the United States District Court for the Middle District of Alabama, the courts of the State of Alabama, of the disciplinary tribunals of the Alabama Bar and of the Alabama Board of Bar Admissions in all respects as if he was a regularly admitted and licensed member of the Alabama Bar, as stated in the attached Affidavit.

THIS the ___ day of June, 2007

RESPECTFULLY SUBMITTED,

MEDICAL DATA SYSTEMS, Inc.,
Defendant

By: _____
Russel A. McGill (MCG009)

COUNSEL:

BRUNSON & ASSOCIATES, Attorneys P.A.
301 Broad Street
P.O. Box 1189
Gadsden, AL 35902-1189

IN THE UNITED STATES DISTRICT COURT
FOR THE ALABAMA MIDDLE DISTRICT

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAM C. CARN, III ) | CASE NO. |
| CHAPTER 7 TRUSTEE, ) | 1:07-cv-00369-WHA |
| ) | |
| Plaintiff, ) | USBC-MDAL CASE NO. |
| ) | 06-01057-WRS |
| v. ) | |
| ) | |
| MEDICAL DATA SYSTEMS, INC. ) | |
| ) | |
| Defendant, ) | |
| ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of this **MOTION FOR ADMISSION PRO HAC VICE** by ECF and depositing the same in the United States mail in a postage prepaid envelope addressed to:

David G. Poston, Esq.
Michael Brock, Esq. and
Gary Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330

This 2*th* day of June, 2007.

Russel A. McGill (MCG009)
BRUNSON & ASSOCIATES, Attorneys P.A.
301 Broad Street
P.O. Box 1189
Gadsden, AL 35902-1189

*Counsel for Defendant*
Medical Data Systems, Inc.



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA           }
                                   } ss.
NORTHERN DISTRICT OF GEORGIA       }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JOHN GARRETT PARKER, 562425,** was duly admitted to practice in said Court on January 5, 1977 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 24th day of April, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *Eugene T. Thornton*
Eugene T. Thornton
Deputy Clerk

