IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM C. CARN, III,                    )
CHAPTER 7 TRUSTEE,                       )
                                         )
            Plaintiff,                   )
                                         )
vs.                                      )  CIVIL ACTION NO. 1:07cv369-WHA
                                         )
MEDICAL DATA SYSTEMS, INC.,              )
                                         )
            Defendant.                   )

## ORDER

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #15), filed on

behalf of John G. Parker on June 29, 2007, and it appearing that John G. Parker is a

member in good standing of the United States District Court for the Northern District of

Georgia, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 5th day of July, 2007.


 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE