# NOTICE OF CORRECTION

**From: Clerk's Office**

**Case Style:  Carn v. Medical Data Systems, Inc.**

**Case Number:  1:07-cv-00369-WHA**

**Referenced Pleading: Judgment - Doc. 20**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice. Please see the correct PDF documents to this notice.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | 1:07-cv-00369-WHA |
| JAMES R. CAMBRON and | ) | |
| WENDY L. CAMBRON | ) | Case No. 05-11879 |
| | ) | Chapter 7 |
| Debtors. | ) | |
| WILLIAM C. CARN, III, | ) | |
| BANKRUPTCY TRUSTEE, | ) | Adv. Pro. 06-1057 |
| Plaintiff, | ) | |
| v. | ) | |
| MEDICAL DATA SYSTEMS, INC., | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this day in these two cases,

Judgment is hereby entered in favor of the Plaintiff, William C. Carn, III, Bankruptcy Trustee, and against the Defendant, Medical Data Systems, Inc., in the amount of $1,000 in each case, or a total of $2,000, together with costs of court and attorney's fees.

DONE this 4th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE