IN THE UNITED STATES DISTRICT COURT
FOR THE ALABAMA MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM C. CARN, III | ) | CASE NO. |
| CHAPTER 7 TRUSTEE, | ) | 1:07-cv-00369-WHA |
| | ) | 1:07-cv-00370-WHA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USBC-MDAL CASE NO. |
| | ) | 06-01057-WRS |
| MEDICAL DATA SYSTEMS, INC. | ) | |
| | ) | |
| Defendant, | ) | |

### DEFENDANT'S CONSENT MOTION TO FILE DOCUMENTS OUT OF TIME

Defendant Medical Data Systems, Inc. ("MDS") respectfully moves this Court to deem all documents previously filed by MDS in case no. 1:07-cv-00369-WHA to also be filed in case no. 1:07-cv-00370-WHA as if, at the original time of filing, such documents were properly filed in both actions.

At the time when these cases were transferred from the Bankruptcy Court to this Court, MDS mistakenly understood these cases to have been consolidated. Pursuant to that understanding, MDS proceeded to file all subsequent documents only under case no. 1:07-cv-00369-WHA. MDS filed all relevant documents under case no. 1:07-cv-00369-WHA within any and all applicable time limitations.

MDS contacted Plaintiff's counsel regarding this Motion. Plaintiff's counsel stated they have no objection to this Court granting Defendant's Motion. A Proposed Order granting Defendant's Motion is attached as Exhibit A.

**MOTION GRANTED**

SO ORDERED
THIS 4th DAY OF Dec , 20 08

_____
UNITED STATES DISTRICT JUDGE

LEGAL_US_E # 75587581.1


SCANNED