IN THE UNITED STATE DISTRICTCOURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES R. CAMBRON & | ) | BANKRUPTCY CASE NO.: |
| WENDY L. CAMBRON, | ) | 05-11879 |
| Debtors. | ) | CHAPTER 7 CASE |

*******************************************************************

| | | |
|---|---|---|
| WILLIAM C. CARN, III., | ) | ALMD CASE NO.: 1:07-CV-369 |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | ALMB A.P. NO.: 06-1057 |
| Plaintiff, | ) | |
| | ) | |
| WILLIAM C. CARN, III., | ) | ALMD CASE NO.: 1:07-CV-370 |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | ALMB A.P. NO.: 06-1058 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MEDICAL DATA SYSTEMS, INC., | ) | |
| d/b/a MEDICAL REVENUE SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO ALTER OR AMEND JUDGMENT TO INCORPORATE BANKRUPTCY COURT'S AWARD OF ATTORNEY FEES AND COSTS

COMES NOW, the Plaintiff, by and through his undersigned attorney, and moves this Honorable Court to alter or amend its judgment entered on December 4, 2007, and incorporate the Bankruptcy Court's award of attorney fees and costs. As grounds for this motion, the Plaintiff states as follows:

PROCEDURAL RULE

The Plaintiff seeks relief pursuant to Fed. R. Civ. Proc. 59(e).

PROCEDURAL HISTORY

On April 5, 2007, the Honorable William R. Sawyer, United States Bankruptcy Judge,

entered his Report and Recommendation finding liability against the Defendant. As part of the Bankruptcy Court's Report and Recommendation, the Court "recommended that Plaintiff be awarded attorney fees." Bankruptcy Report and Recommendation at 10-11. Furthermore, the Bankruptcy Court ordered the undersigned "to file an affidavit in support of [his] claim for attorney fees within fifteen days. Defendant [was]...given fifteen days to respond." Id.

On April 17, 2007, the undersigned filed his request for approval of attorney fees. The Defendant did not respond to the undersigned's request for attorney fees. On August 10, 2007, the Honorable William R. Sawyer entered an order approving the undersigned's attorney fees and costs. A copy of the order is attached hereto as Exhibit "A." On December 4, 2007, this Honorable Court entered a judgment against the Defendant for one thousand dollars ($1,000.00) per Plaintiff plus attorney fees and costs.

SPECIFIC REQUESTS

As part of the judgment, the undersigned requests this Honorable Court to incorporate the Bankruptcy Court's prior award of attorney fees and costs in the amount of $29,536.78. In accordance with Rule 54(d)(2)(B), the undersigned shall seek additional attorney fees for the labor expended in responding to the Defendant's objection to the Bankruptcy Court's Report and Recommendation. The Plaintiff requests this Honorable Court leave open, in accordance with Rule 54(d)(2)(B) the issue of additional attorney fees.

WHEREFORE, the Plaintiff moves this Honorable Court to alter or amend the judgment entered on December 4, 2007, to adopt and incorporate the Bankruptcy Court's award of attorney fees previously entered on August 10, 2007; to leave open the award of additional attorney fees in accordance with Fed. R. Civ. Proc. 54(d)(2)(B); and, for all other relief that is just.

Respectfully submitted,

BROCK & STOUT

David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Stefanie H. Jackman, Esq., and J. Kirkman Garrett, Esq., Attorneys for Defendant, via electronic mail at stefaniejackman@paulhastings.com and jkgarrett@csattorneys.com, this 12th day of December, 2007.

David G. Poston

**EXHIBIT "A"**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                 Case No. 05-11879
                                                                      Chapter 7
JAMES R. CAMBRON and
WENDY L. CAMBRON,

       Debtors.


WILLIAM C. CARN, III,                                                 Adv. Pro. No. 06-1057
BANKRUPTCY TRUSTEE,

       Plaintiff,

v.

MEDICAL DATA SYSTEMS, INC.,

       Defendant.


WILLIAM C. CARN, III,                                                 Adv. Pro. No. 06-1058
BANKRUPTCY TRUSTEE,

       Plaintiff,

v.

MEDICAL DATA SYSTEMS, INC.,

       Defendant .

## ORDER

These consolidated adversary proceedings are before the Court upon the Plaintiff's request for attorney's fee. Pursuant to this Court's order of April 5, 2007, counsel for the Plaintiff was to file their Affidavit in support of their claim for attorney's fees by April 20, 2007, and the Defendant was to respond by May 4, 2007. (Doc. 34). The Plaintiff's counsel filed timely applications seeking a total of $29,536.78. (Docs. 35, 36, 37, 40). The Defendant did not

file a response.

Notwithstanding the lack of an objection from the Defendant, the Court has reviewed the bill submitted by counsel for the Plaintiff. The Court notes that the amount requested, relative to the complexity of the matter litigated appears, at first glance, to be high. However, review of these proceedings provides context. For example, in their Answer, the Defendant "denied each and every material allegation of the Complaint and demands strict proof thereof." (Doc. 17). It is hard to believe that the Defendant was honestly of the belief that absolutely nothing in the complaint was true. Having engaged in "scorched earth" litigation, the Defendant will not be heard to complain that the Plaintiff's attorney's fees are excessive. Indeed, they have made no such claim here. The Court finds that the amount requested was reasonable in the context of these proceedings and allows the fees as filed. It is

ORDERED, that the Plaintiff is awarded attorney's fees in the amount of $29,536.78, in addition to damages previously awarded.

Done this the 10th day of August, 2007.

/s/ William R. Sawyer
United States Bankruptcy Judge