IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM C. CARN, III,<br>CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL DATA SYSTEMS, INC.,<br><br>Defendant. | CASE NO. 1:07-CV-00369-WHA |

## NOTICE OF APPEAL

Notice is hereby given that Defendant MEDICAL DATA SYSTEMS, INC., hereby appeals to the United States Court of Appeals for the Eleventh Circuit, pursuant to 28 U.S.C. § 1291, from the Order entered by this Court on December 4, 2007 overruling Defendant's Objections to the Proposed Report and Recommendation of the Bankruptcy Court.

Respectfully submitted this _14_ day of December, 2007.

_____
James C. Huckaby, Jr.
J. Kirkman Garrett

*Local Counsel for*
*Medical Data Systems, Inc.*

CHRISTIAN & SMALL LLP
505 North 20th Street
Suite 1800
Birmingham, AL 35203
Tel. (205) 795-6588
Fax (205) 328-7234

John G. Parker
(Admitted *pro hac vice*)
Georgia Bar No. 562425
Donald H. Crawford II
(Admitted *pro hac vice*)
Georgia Bar No. 141753
Stefanie Jackman
(Admitted *pro hac vice*)
Georgia Bar No. 335652

*Counsel for Medical Data Systems, Inc.*

Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia 30308
(Tel.) 404-815-2400
(Fax) 404-815-2424

## CERTIFICATE OF SERVICE

I hereby certify that on this _14_ day of December, 2007, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Michael D. Brock, Esq.
Cary Wyatt Stout, Esq.
Walter Allen Blakeney, Esq.
David Gerald Poston, Esq.
BROCK & STOUT
PO Drawer 311167
Enterprise, AL 36331-1167

.

_____
OF COUNSEL