```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001615
Cashier ID: brobinso
Transaction Date: 12/17/2007
Payer Name: PAUL HASTINGS
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: PAUL HASTINGS
 Case/Party: D-ALM-1-07-CV-000369-001
 Amount:        $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 2162
 Amt Tendered:  $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00
```