**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| WILLIAM C. CARN, III, <br> BANKRUPTCY TRUSTEE, <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL DATA SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:07cv00369-WHA <br> ) USBC - MDAL - Adv. Pro. 06-1057 <br> ) <br> ) <br> ) <br> ) |
| WILLIAM C. CARN, III, <br> BANKRUPTCY TRUSTEE, <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL DATA SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:07cv00370-WHA <br> ) USBC - MDAL - Adv. Pro. 06-1058 <br> ) <br> ) <br> ) <br> ) |

**ORDER**

It is hereby Ordered that the Defendant is given until January 11, 2008 to show cause, if any there be, why the Plaintiff's Motion for Additional Attorney Fees and Costs should not be granted. Plaintiff is given until January 25, 2008 to reply, at which time the Motion will be taken under submission for determination without oral argument.

Done this 19th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE