# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM C. CARN, III, <br> BANKRUPTCY TRUSTEE, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) CIVIL ACTION NO. 1:07cv00369-WHA <br> ) USBC - MDAL - Adv. Pro. 06-1057 |
| MEDICAL DATA SYSTEMS, INC., | ) <br> ) |
| Defendant. | ) |
| WILLIAM C. CARN, III, <br> BANKRUPTCY TRUSTEE, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) CIVIL ACTION NO. 1:07cv00370-WHA <br> ) USBC - MDAL - Adv. Pro. 06-1058 |
| MEDICAL DATA SYSTEMS, INC., | ) <br> ) |
| Defendant. | ) |

## **ORDER**

It is hereby Ordered that the Plaintiff is given until January 11, 2008 to show cause, if any there be, why the Defendant's Motion for Reconsideration (Doc. #34) should not be granted. Defendant is given until January 25, 2008 to reply, at which time the Motion will be taken under submission for determination without oral argument.

Done this 20th day of December, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE