IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM C. CARN, III, CHAPTER 7 TRUSTEE, <br><br> Plaintiff, <br><br> v. <br><br> MEDICAL DATA SYSTEMS, INC., <br><br> Defendant. | CASE NO. 1:07-CV-00369-WHA |

### AMENDED NOTICE OF APPEAL

Notice is hereby given that Defendant MEDICAL DATA SYSTEMS, INC., hereby amends its December 14, 2007 notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the Order and Judgment entered by this Court on December 4, 2007. In its December 4, 2007 Order and Judgment, this Court awarded Plaintiff $1,000 plus attorney's fees. In response, Defendant filed its notice of appeal from that Order and Judgment on December 14, 2007. Defendant's notice of appeal was docketed in the Eleventh Circuit Court of Appeals on December 20, 2007.

Subsequent to the December 4, 2007 Order and Judgment but prior to Defendant filing its notice of appeal, Plaintiff filed a motion to amend the December 4, 2007 Order and Judgment to include a specific amount of attorney's fees previously awarded to Plaintiff in the Bankruptcy Court's Proposed Report and Recommendation[1] but which was not included by Plaintiff in her briefing before the District Court. As a result, on December 18, 2007, this Court entered an amended Order and Judgment that

---

[1] The Bankruptcy Court's Proposed Report and Recommendation was upheld in part by this Court's December 4, 2007 Order and Judgment.

LEGAL_US_E # 77731359.1

consolidated this matter with 1:07-CV-00370 for purposes of judgment and jointly awarded Plaintiffs $2,000 in damages plus an additional $29,536.78 in attorney's fees, resulting in a total award of $31,536.78.

Pursuant to Fed. R. Civ. Pro. 59(e), Plaintiff's motion to amend this Court's December 4, 2007 Order and Judgment to seek attorney's fees did not toll the time for Defendant to file its notice of appeal from the December 4, 2007 Order and Judgment. In light of Defendant's timely notice of appeal with respect to the December 4, 2007 Order and Judgment, which were modified only to include a specific amount of attorney's fees in this Court's December 18, 2007 Order and Judgment, Defendant hereby amends its notice of appeal to include this Court's December 18, 2007 amended Order and Judgment.

Respectfully submitted this 28th day of December, 2007.

*s/ J. Kirkman Garrett*
James C. Huckaby, Jr.
J. Kirkman Garrett

*Local Counsel for*
*Medical Data Systems, Inc.*

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203
Tel. (205) 795-6588
Fax (205) 328-7234

John G. Parker
(Admitted *pro hac vice*)
Georgia Bar No. 562425
Stefanie Jackman
(Admitted *pro hac vice*)
Georgia Bar No. 335652

*Counsel for Medical Data Systems, Inc.*

LEGAL_US_E # 77731359.1

Paul, Hastings, Janofsky & Walker, LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, Georgia 30308
(Tel.) 404-815-2400
(Fax) 404-815-2424

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2007, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Michael D. Brock, Esq.
Cary Wyatt Stout, Esq.
Walter Allen Blakeney, Esq.
David Gerald Poston, Esq.
BROCK & STOUT
PO Drawer 311167
Enterprise, AL 36331-1167

*s/ J. Kirkman Garrett*
J. Kirkman Garrett

LEGAL_US_E # 77731359.1