**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: ) | | |
| ) | | 1:07-cv-00369-WHA |
| JAMES R. CAMBRON and ) | | |
| WENDY L. CAMBRON ) | | Case No. 05-11879 |
| ) | | Chapter 7 |
| ) | | |
| Debtors. ) | | |
| ------------------------------------------------------ ) | | |
| WILLIAM C. CARN, III, ) | | |
| BANKRUPTCY TRUSTEE, ) | | Adv. Pro. 06-1057 |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| MEDICAL DATA SYSTEMS, INC., ) | | |
| ) | | |
| Defendant. ) | | |
| ------------------------------------------------------ ) | | |

**<u>ORDER</u>**

These consolidated cases are now before the court on the Defendant's Motion to Reconsider the court's previous Order Granting the Plaintiff's Motion to Amend its Judgment to incorporate the Bankruptcy Court's Award of Attorney's Fees and Costs (Doc. #34).  In its Reply, the Defendant argues that, after it objected on April 20, 2007 to the Report and Recommendation, the bankruptcy court no longer retained the jurisdiction to issue the August 10, 2007 Order awarding specified attorney's fees to the Plaintiff, and therefore the August 10 Order was void. (Doc. #41 at 5-6.)

This argument was not raised in the original Motion to Reconsider. (*See generally* Doc. #34.)  The Plaintiff is hereby given until February 29, 2008 to respond by filing a Sur-reply addressing Defendant's argument.  The Plaintiff should address solely this issue in its Sur-reply;

no additional argument will be entertained. Upon receipt of the Plaintiff's Sur-reply, the court will take the Defendant's Motion for Reconsideration under submission for determination without oral argument.

DONE this 19th day of February, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE