**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | 1:07-cv-00369-WHA |
| JAMES R. CAMBRON and | ) | |
| WENDY L. CAMBRON | ) | Case No. 05-11879 |
| | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| ---------------------------------------------------- ) | | |
| WILLIAM C. CARN, III, | ) | |
| BANKRUPTCY TRUSTEE, | ) | Adv. Pro. 06-1057 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MEDICAL DATA SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| ---------------------------------------------------- | ) | |

**<u>ORDER</u>**

This order pertains to the Defendant's Motion to Reconsider the court's previous Order

Granting the Plaintiff's Motion to Amend its Judgment to incorporate the Bankruptcy Court's

Award of Attorney's Fees and Costs. (Doc. #34.)  On February 19, 2008, this court issued an

Order requiring Plaintiff to file, no later than February 29, 2008, a Sur-Reply addressing the

argument first raised by Defendant in its Response to the Motion. (Doc. # 42.)  Plaintiff's

counsel advises the court that the parties will be entering into mediation in the Eleventh Circuit

beginning Thursday, February 28, 2008, and that a central issue in the mediation concerns

attorney's fees.  He has requested an extension of time to file the ordered Sur-Reply, pending

conclusion of mediation, and he has advised the court that the Defendant does not object.

Without objection from either party, and for good cause shown, it is hereby Ordered that the deadline for the Sur-Reply is suspended until the parties advise the court of the results of the mediation. At that time, if the case has not been settled, the court will set a new deadline.

DONE this 27th day of February, 2008.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE