IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM C. CARN, III**<br>**CHAPTER 7 TRUSTEE,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**MEDICAL DATA SYSTEMS, INC.,**<br><br>    **Defendant.** | **CIVIL ACTION NOS.**<br>**1:07-CV-369 and 1:07-CV-370** |

## JOINT MOTION TO STAY PROCEEDINGS

Defendant Medical Data Systems, Inc. and Plaintiff William C. Carn, III respectfully move this Court to grant this Joint Motion to Stay Proceedings pending the finalization of prior mediation efforts. The parties actively are discussing the resolution of this case, as well as twenty-five related matters, and anticipate that these discussions will resolve all of these matters in their entirety. Therefore, the parties request this Court grant a stay in this matter until on or after June 1, 2008 in order to permit the parties sufficient time to conclude these ongoing efforts and resolve this dispute.

[SIGNATURE PAGE TO FOLLOW]

LEGAL_US_E # 78477128.1

Respectfully submitted this 8<u>th</u> of March, 2008.

| | |
|---|---|
| **BROCK & STOUT** | **PAUL, HASTINGS, JANOFSKY & WALKER, LLP** |
| By: *David G. Poston* <br>    David G. Poston, Esq. <br>    Post Office Drawer 311167 <br>    Enterprise, Alabama  36331-1167 <br><br>    *Counsel for Plaintiff* <br>    *William C. Carn, III.* | By: *J. Parker*_____ <br>    John G. Parker, Esq. <br>    *Admitted pro hac vice* <br>    600 Peachtree Street, N.E. <br>    Suite 2400 <br>    Atlanta, Georgia, 30308 <br><br>    *Counsel for Defendant* <br>    *Medical Data Systems, Inc.* |

## Certificate of Service

I hereby certify that on this 4th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to johnparker@paulhastings.com, stefaniejackman@paulhastings.com, jkg@csattorneys.com, and jch@csattorneys.com.

This 8<u>th</u> day of March, 2008.

*David G. Poston*
David G. Poston