IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM C. CARN, III<br>CHAPTER 7 TRUSTEE,<br><br>   Plaintiff,<br><br>v.<br><br>MEDICAL DATA SYSTEMS, INC.,<br><br>   Defendant. | CIVIL ACTION NO.<br>1:07-CV-369 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff William C. Carn, III Chapter 7 Trustee and Defendant Medical Data Systems, Inc., d/b/a Medical Revenue Services, Inc., have reached a mutual settlement and through undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims, causes of action, and prayers for relief asserted in the above-styled lawsuit. As part of the terms of the confidential settlement of this lawsuit, a reasonable attorneys' fee also has been paid to Plaintiff's counsel.

Respectfully submitted this 6th day of June, 2008.

CONSENTED TO BY:

| **BROCK & STOUT** | **PAUL, HASTINGS, JANOFSKY & WALKER LLP** |
|---|---|
| By: /s/ David G. Poston<br> David G. Poston, Esq.<br> Post Office Drawer 311167<br> Enterprise, Alabama 36331-1167 | By: /s/ Stefanie H. Jackman<br> Stefanie H. Jackman<br> (Admitted *pro hac vice*)<br> Georgia Bar No. 335652<br> 600 Peachtree Street, N.E., Suite 2400<br> Atlanta, Georgia, 30308 |
| *Attorney for Plaintiff William C. Carn, III Chapter 7 Trustee* | *Attorney for Defendant Medial Data Systems, Inc.* |

LEGAL_US_E # 79637605.1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically served a copy of the **JOINT STIPULATION OF DISMISSAL** to all counsel of record in this case.

This 6<u>th</u> day of June, 2008

<u>/s/ David G. Poston</u>
David G. Poston, Esq.

LEGAL_US_E # 79637605.1